IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROOSEVELT SMITH,
PLAINTIFF
ADC #83227

VS.                               CASE NO. 4:07CV00565 JMM

CPL. GIBSON                                                    DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS, THEREFORE, ORDERED that defendant Faulkner County Detention Facility is hereby dismissed as a party to this action.

SO ORDERED this   8   day of   August  , 2007.

_____
UNITED STATES DISTRICT JUDGE