IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROOSEVELT SMITH,                                                                                    PLAINTIFF
ADC #83227

VS.                                   CASE NO. 4:07CV00565 JMM

CPL. GIBSON                                                                                          DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.   There have been no objections.   After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS, THEREFORE, ORDERED that Defendant's summary judgment motion (DE #39) is hereby GRANTED IN PART, with respect to Plaintiff's allegations concerning the threat of force and unconstitutional conditions of confinement, and DENIED with respect to Plaintiff's excessive force allegation against Defendant.

IT IS FURTHER ORDERED that Defendant's motion to dismiss (DE #28) is hereby DENIED.

IT IS FURTHER ORDERED that Plaintiff's motions to dismiss and for summary judgment (DE# 44, 45) are DENIED.

IT IS FURTHER ORDERED that Plaintiff's motion for an evidentiary hearing (DE #46) is hereby GRANTED.  A hearing will be set by separate Order.

SO ORDERED this 14th day of March, 2008.

                                                                                           UNITED STATES DISTRICT JUDGE