IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROOSEVELT SMITH,
ADC #83227                                                                                            PLAINTIFF

v.                                          4:07CV00565HLJ

CPL. GIBSON                                                                                          DEFENDANT

## ORDER

Plaintiff's motion for discovery (DE #49) is a request for discovery from the defendant, and should be docketed as such and removed from the pending motions list.

IT IS SO ORDERED this 20th day of March, 2008.

_____
United States Magistrate Judge

1