IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROOSEVELT SMITH                                                                                          PLAINTIFF

VS.                                      CASE NO. 4:07CV00565 JMM

FAULKNER COUNTY
DETENTION CENTER, et al.                                                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 25th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE