IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROOSEVELT SMITH                                                                                    PLAINTIFF

VS.                            CASE NO. 4:07CV00565 JMM

FAULKNER COUNTY
DETENTION CENTER, et al.                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint against defendant is DISMISSED with prejudice.

SO ADJUDGED this 25th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE